IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RICHARD BUILDING SUPPLY CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:19CV00004 |
| BRIAN L. HEALEY, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

The parties hereto stipulate and agree that this case is to be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court shall retain jurisdiction to enforce the Joint Consent Order [Docket No. 29]. Each party shall bear their own costs and attorney's fees.

Date: May 13, 2019

By: _____
Lindsey A. Coley, VSB 75551
COLEY LAW FIRM
16440 Booker T. Washington Hwy., Suite 304B
Smith Mountain Lake, Virginia 24121
(540) 407-9859
lindsey@coleylaw.legal

Thomas E. Strelka, VSB 75488
L. Leigh R. Strelka, VSB 73355
Brittany M. Haddox, VSB 86416
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW
Warehouse Row, Suite 330
Roanoke, VA 24011
(540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
brittany@strelkalaw.com

*Attorneys for Defendant*

By: _____
Chad E. Kurtz, VSB No. 88863
COZEN O'CONNOR
1200 19th Street, NW
3rd Floor
Washington, D.C. 20036
Telephone: (202) 463-2521
Facsimile: (202) 640-5939

Mitchell J. Edlund (admitted pro hac vice)
Corey T. Hickman (admitted pro hac vice)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7958
Facsimile: (312) 706-9755
medlund@cozen.com
chickman@cozen.com

*Attorneys for Plaintiff*